

- Organizations
- Businesses
- Institutions
- Individuals
- Thematic Areas
- States
- Submit Your Grant

Subscribe → To Free Grant Alerts

Member Dashboard | Search | Contact

Sign in

Home » Black » Driving Small Business Forward Grants 2023

## Latest Grants

# Driving Small Business Forward Grants 2023



- WhatsApp
- Email
- LinkedIn
- Twitter
- Facebook



**Artist Grant to support Professional and Artistic Development in Delaware**

The Progressive® Driving Small Business Forward fund program will provide $25,000 towards a commercial vehicle to 10 Black-owned small businesses.

Apply now for

**Donor Name:** Hello Alice

**State**: All States

**County**: All Counties

**Type of Grant**: Grant

**Deadline**: 06/02/2023

**Size of the Grant:** $25,000

**Details:**

Progressive Commercial is the 1 commercial auto insurer in America1 and is committed to serving small businesses. Multiple studies have shown how inequities have made it harder for Black entrepreneurs to access capital. This program aims to alleviate this challenge.

**Eligibility Criteria**

Individual Artist Fellowship (Nebraska)



2024 Human Service Grant Program – Delaware



The Louise R. Lester Foundation Grant Program 2023 (Virginia)



Equity-Focused Leadership Grants

Applicants must meet all of the below criteria to be eligible for this opportunity:

- Be a for-profit business majority (51%+) owned and operated by a Black-identifying entrepreneur(s)
- Have 10 or fewer employees and less than $5M in annual gross revenue
- Have a demonstrated need for a qualifying commercial vehicle to run your business and a clear plan for growth as a result of this vehicle purchase
- Not be an independent contractor whose primary business is for a rideshare service such as Uber or Lyft, or third-party food delivery such as UberEats, DoorDash, PostMates, Grubhub, Instacart, etc.
- No purchase necessary. 18+, US only.



**Bonfils-Stanton Foundation Capital Grants Program in Colorado**



**Funding available for General Operating and Project Support in Colorado**



**El Paso County**

For more information, visit Hello Alice.

**Looking for Grants?** Become a Member to search and filter grant information and receive latest grant alerts in your email inbox. Learn more.

Artist Grant to support Professional and Artistic Development in Delaware

The Louise R. Lester Foundation Grant Program 2023 (Virginia)

Michigan: Wastewater Infrastructure Fund Grants

Grants for Black-led and

City of Chicago ETOD Development

USDA/RBCS Evaluation of Rural

Community Services Block Grant (CSBG) Program



Grants to preserve Agriculture-supporting Organizations in Maryland



Michigan: Wastewater Infrastructure Fund Grants



| Black-serving Nonprofit Organizations in Ohio | Grants Program (Illinois) | Development Investments in Food Supply Chains | Texans Feeding Texans – Surplus Agricultural Products Grant Program |
|---|---|---|---|
| West Orange Foundation Grant Program 2023 (New Jersey) | EPA: Methodologies and Tools to support Climate-Resilience Communities Training Modules, and Modeling | City of Scranton Small Business Start Up or Expansion Grant Program – Pennsylvania | 2024 Barton County Community Foundation Grant Program – Missouri |
| City of Scranton Wage Boost Grant Program – Pennsylvania | Small Business Recovery Grant Program – Pennsylvania | Philadelphia Local News Sustainability Initiative – Pennsylvania | 2024 Beckmann Emerging Artist Fellowship – Indiana |



City of Elizabethton Façade Rehabilitation Grant Program (Tennessee)

2023-2024 Artist Support Grant Program (North Carolina)

John and Sandra Mayfield Family Economic Development Fund in California

2024 City of Bellingham Tourism Grant Program – Washington



2024 Scrap Tire Market Development Program – Michigan

We use essential cookies to make our site work. With your consent, we may also use non-essential cookies to improve user experience, personalize content, customize advertisements, and analyze website traffic. For these reasons, we may share your site usage data with our social media, advertising, and analytics partners. By clicking "Accept," you agree to our website's cookie use as described in our Cookie Policy. You can change your cookie settings at any time by clicking "Preferences."

Preferences    Decline    Accept