Organizations
Businesses
Institutions
Individuals
Thematic Areas
States
Submit Your Grant
Subscribe → To Free Grant Alerts
Member Dashboard
Search
Contact
Sign in

Home » Businesses » The Catalyst Fund for Black-identifying Entrepreneurs

# The Catalyst Fund for Black-identifying Entrepreneurs

WhatsApp  Email  LinkedIn  Twitter  Facebook

In partnership with Global Entrepreneurship Network (GEN) and Hello Alice, Mastercard is awarding $5K grants to Black entrepreneurs based in Atlanta, Birmingham, Dayton, Los

## Latest Grants

**Artist Grant to support Professional and Artistic Development in Delaware**

Apply now for

Angeles, New Orleans, New York City, St. Louis, and Washington, D.C. to help them achieve their next milestone.

**Donor Name:** Hello Alice

**State:** Selected States

**Cities:** Selected Cities

**Type of Grant:** Grant

**Deadline:** 03/31/2023

**Size of the Grant:** $5K

**Details:**

The Catalyst Fund (the "Program") is sponsored and administered by Circular Board, Inc. dba Hello Alice, Mastercard and the Global Entrepreneurship Network, Inc. (GEN) ("Sponsors").

Individual Artist Fellowship (Nebraska)



2024 Human Service Grant Program – Delaware



The Louise R. Lester Foundation Grant Program 2023 (Virginia)



Equity-Focused Leadership Grants

**Eligibility Criteria**

Mastercard will award $175,000 in grants to Black entrepreneurs across the United States. To be eligible, applicants must:

- Be a for-profit business located in Atlanta, Birmingham, Dayton, Los Angeles, New Orleans, New York City, St. Louis, and/or Washington, D.C.
- Be majority-owned (51+%) by a Black-identifying entrepreneur
- Have between 1 and 10 employees (including yourself)
- Have a clear plan for how the funds would help achieve a business milestone

For more information, visit The Catalyst Fund.

**Looking for Grants?** Become a Member to



**Bonfils-Stanton Foundation Capital Grants Program in Colorado**



**Funding available for General Operating and Project Support in Colorado**



**El Paso County**

search and filter grant information and receive latest grant alerts in your email inbox. Learn more.

USDA/RBCS Evaluation of Rural Development Investments in Food Supply Chains

John and Sandra Mayfield Family Economic Development Fund in California

Grants for Non-profit Organizations supporting Youths in California

Funding available for Disaster Preparedness Projects in California

Apply now for LaunchKC Grants Competition 2023 (Missouri)

2023-2024 City of Alameda Façade Grant Program (California)

Community Services Block Grant (CSBG) Program



Grants to preserve Agriculture-supporting Organizations in Maryland



Michigan: Wastewater Infrastructure Fund Grants



- 2023 Give Back Grant (GBG) for BIPOC Women
- 2024 EAN Program for Black and Latino Entrepreneurs
- 2023 Transform Business Grants to support Individuals and Groups
- City of Concord ARPA Small Business Reimbursement Grant Program (California)
- DOE: Puerto Rico Energy Resilience Fund (PR-ERF)
- Request for Applications for Organic Transition Pilot Grant Program – California
- Nextdoor Kind Foundation's Keep it Local Business Fund
- 2023 Port of Seattle Business Accelerator Program –
- Small Things, Big Impacts Fund for Businesses

- Texans Feeding Texans – Surplus Agricultural Products Grant Program



2024 Barton County Community Foundation Grant Program – Missouri



2024 Beckmann Emerging Artist Fellowship – Indiana



Washington

and Non-profit Organization in New York

## 2024 City of Bellingham Tourism Grant Program – Washington



## 2024 Scrap Tire Market Development Program – Michigan

We use essential cookies to make our site work. With your consent, we may also use non-essential cookies to improve user experience, personalize content, customize advertisements, and analyze website traffic. For these reasons, we may share your site usage data with our social media, advertising, and analytics partners. By clicking "Accept," you agree to our website's cookie use as described in our Cookie Policy. You can change your cookie settings at any time by clicking "Preferences."

Preferences    Decline    Accept