IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Nathan Roberts** and **Freedom Truck Dispatch LLC**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**Progressive Preferred Insurance Company**, et al.<br><br>Defendants. | Case No. 1:23-cv-01597 |

## MOTION OF JONATHAN F. MITCHELL
## FOR ADMISSION PRO HAC VICE

Attorney Jonathan F. Mitchell, counsel for the plaintiffs and their proposed class, respectfully moves for admission pro hac vice. Mr. Mitchell has attached to this motion the affidavit required by Local Rule 83.5(h).

Respectfully submitted.

/s/ Joseph P. Ashbrook

| | |
|---|---|
| JONATHAN F. MITCHELL* <br> Texas Bar No. 24075463 <br> Mitchell Law PLLC <br> 111 Congress Avenue, Suite 400 <br> Austin, Texas 78701 <br> (512) 686-3940 (phone) <br> (512) 686-3941 (fax) <br> jonathan@mitchell.law <br><br> * *pro hac vice* application pending <br><br> Dated: August 16, 2023 | JOSEPH P. ASHBROOK <br> Ohio Bar No. 0091279 <br> JULIE E. BYRNE <br> Ohio Bar No. 0085174 <br> Ashbrook Byrne Kresge LLC <br> Post Office Box 8248 <br> Cincinnati, Ohio 45249 <br> (513) 582-7424 (phone) <br> (513) 216-9882 (fax) <br> jpashbrook@ashbrookbk.com <br> jebyrne@ashbrookbk.com <br><br> *Counsel for Plaintiffs and the Proposed Class* |