IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Nathan Roberts** and **Freedom Truck Dispatch LLC**, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>**Progressive Preferred Insurance Company**, et al.<br><br>            Defendants. | Case No. 1:23-cv-01597 |

### AFFIDAVIT OF JONATHAN F. MITCHELL IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Jonathan F. Mitchell appeared in person before me today and stated under oath:

1. My name is Jonathan F. Mitchell. I am principal at Mitchell Law PLLC.

2. My business address is 111 Congress Avenue, Suite 400.

3. I am a member in good standing of the Texas bar.

4. I have attached a current certificate of good standing from the Supreme Court of Texas, dated August 16, 2023.

5. I was admitted to the Texas bar on December 9, 2010.

6. My Texas bar-identification numbers is 24075463.

7. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States. Nor have I been reprimanded by any court, department, bureau or commission pertaining to my conduct or fitness as a member of the bar.

8. I respectfully request pro hac vice admission in this matter.

This concludes my sworn statement. I swear under penalty of perjury that, to the best of my knowledge, the facts stated in this affidavit are true and complete.

*Jonathan F. Mitchell*
JONATHAN F. MITCHELL

Texas
Fort Bend County

Subscribed and sworn to me on   08/16/2023

_____
NOTARY



Nandi Nefertari Turner
ID NUMBER
132469112
COMMISSION EXPIRES
May 7, 2024

Notarized online using audio-video communication