# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

August 16, 2023

Re: Mr. Jonathan Franklin Mitchell, State Bar Number 24075463

To Whom It May Concern:

This is to certify that Mr. Jonathan Franklin Mitchell was licensed to practice law in Texas on December 09, 2010, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

Our records reflect there are no pending grievances at this time.

No previous disciplinary sanctions have been entered against the attorney's law license.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167