UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NATHAN ROBERTS, et al., | ) | CASE NO. 1:23CV1597 |
| | ) | |
| Plaintiffs, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | Magistrate Judge James E. Grimes, Jr. |
| | ) | |
| PROGRESSIVE PREFERRED | ) | |
| INSURANCE COMPANY, et al., | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| Defendants. | ) | |

Please take notice that Michael N. Ungar, Dolores Garcia, and Halden R. Schwallie of the law firm Ulmer & Berne LLP, 1660 West 2nd Street, Suite 1100, Cleveland, Ohio 44113-1406, hereby enter their appearance as counsel for Defendant Circular Board LLC. A copy of all notices, filings, and correspondence should be directed to the undersigned.

Respectfully submitted,

*s/Halden R. Schwallie*
Michael N. Ungar (0016989)
Dolores Garcia (0085644)
Halden R. Schwallie (0093665)
ULMER & BERNE LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1406
Phone: (216) 583-7000
Facsimile: (216) 583-7001
E-mail: mungar@ulmer.com
Email: dgarcia@ulmer.com
E-mail: hschwallie@ulmer.com

*Attorneys for Defendant Circular Board LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2023, a copy of this Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Halden R. Schwallie*
*One of the Attorneys for Attorneys for Defendant Circular Board LLC*

2