# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| NATHAN ROBERTS, et al. | ) | CASE NO. 1:23-CV-159700829 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | Magistrate Judge James E. Grimes, Jr. |
| | ) | |
| PROGRESSIVE PREFERRED | ) | |
| INSURANCE COMPANY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION OF DEFENDANT CIRCULAR BOARD INC. FOR ADMISSION *PRO HAC VICE* OF NEAL KATYAL

On motion of Defendant, Circular Board Inc., and for good cause shown, it is hereby ORDERED that the Motion of Defendant Circular Board Inc.'s Motion for Admission *Pro Hac Vice* of Neal Katyal is hereby GRANTED and Neal Katyal, a member of the bar of the District of Columbia, is hereby permitted to appear as counsel on behalf of Defendant Circular Board Inc. for all purposes in this action.

IT IS SO ORDERED this _____ day of _____, 2023.

_____
JUDGE PATRICIA A. GAUGHAN