AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| Nathan Roberts and Freedom Truck Dispatch LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cv-01597 |
| Progressive Preferred Insurance Company. et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nathan Roberts and Freedom Truck Dispatch LLC, on behalf of themselves and others similarity situated.

Date: 10/24/2023

Benjamin M. Flowers
*Attorney's signature*

Benjamin M. Flowers 95284
*Printed name and bar number*

ASHBROOK BYRNE KRESGE LLC
1554 Polaris Pkwy, Suite 325
Columbus, OH 43240
*Address*

bflowers@ashbrookbk.com
*E-mail address*

(312) 898-3932
*Telephone number*

(513) 216-9882
*FAX number*