IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Nathan Roberts** and **Freedom Truck Dispatch LLC**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**Progressive Preferred Insurance Company**, et al.<br><br>Defendants. | Case No. 1:23-cv-01597 |

## MOTION OF GENE P. HAMILTON FOR ADMISSION PRO HAC VICE

Attorney Gene P. Hamilton, counsel for the plaintiffs and their proposed class, respectfully moves for admission pro hac vice. Mr. Hamilton has attached to this motion the affidavit required by Local Rule 83.5(h).

Respectfully submitted.

GENE P. HAMILTON*
Virginia Bar No. 80434
Vice-President and General Counsel
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, DC 20003
(202) 964-3721
gene.hamilton@aflegal.org

/s/ Joseph P. Ashbrook
JOSEPH P. ASHBROOK
Ohio Bar No. 0091279
JULIE E. BYRNE
Ohio Bar No. 0085174
Ashbrook Byrne Kresge LLC
Post Office Box 8248
Cincinnati, Ohio 45249
(513) 582-7424 (phone)
Fax: (513) 216-9882 (fax)
jpashbrook@ashbrookbk.com
jbyrne@ashbrookbk.com

* *pro hac vice* applications forthcoming

Dated: November 3, 2023

*Counsel for Plaintiffs and the Proposed Class*