IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Nathan Roberts** and **Freedom Truck Dispatch LLC**, on behalf of themselves and all others similarly situated,

        Plaintiffs,

v.

**Progressive Preferred Insurance Company**, et al.

        Defendants.

Case No. 1:23-cv-01597

### AFFIDAVIT OF GENE P. HAMILTON IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Gene P. Hamilton appeared in person before me today and stated under oath:

1. My name is Gene P. Hamilton. I am Vice President and General Counsel at America First Legal Foundation.

2. My business address is 611 Pennsylvania Ave SE #231, Washington, DC, 20003.

3. I am a member in good standing of the Virginia State Bar, the State Bar of Georgia, and the D.C. Bar.

4. I have attached a current certificate of good standing from the D.C. Bar, dated November 3, 2023.

5. I was admitted to the Virginia State Bar on October 20, 2010, the State Bar of Georgia on May 18, 2022, and the D.C. Bar on April 15, 2022.

6. My Virginia bar-identification number is 80434, my Georgia bar-identification number is 516201, and my D.C. Bar identification number is 1619548.

7.  I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States. Nor have I been reprimanded by any court, department, bureau or commission pertaining to my conduct or fitness as a member of the bar.

8.  I respectfully request pro hac vice admission in this matter.

This concludes my sworn statement. I swear under penalty of perjury that, to the best of my knowledge, the facts stated in this affidavit are true and complete.

Gene P. Hamilton

Subscribed and sworn to me this 3rd day of November, 2023

By  Gene P Hamilton.

Notary Venue: State of Texas, County of Harris

notary Public, State of Texas

Fatima Lewis

ID NUMBER
754120-7
COMMISSION EXPIRES
October 17, 2026

Notarized online using audio-video communication