IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Nathan Roberts** and **Freedom Truck Dispatch LLC**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**Progressive Preferred Insurance Company**, et al.<br><br>Defendants. | Case No. 1:23-cv-01597 |

**PROPOSED ORDER**

Attorney Gene P. Hamilton's motion for admission pro hac vice is granted.

**SIGNED** on _____, 2023

_____
UNITED STATES DISTRICT JUDGE