IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Nathan Roberts** and **Freedom Truck Dispatch LLC**, on behalf of themselves and all others similarly situated, <br><br>           Plaintiffs, <br><br> v. <br><br> **Progressive Preferred Insurance Company**, et al. <br><br>           Defendants. | Case No. 1:23-cv-01597 |

**MOTION OF NICHOLAS R. BARRY
FOR ADMISSION PRO HAC VICE**

Attorney Nicholas R. Barry, counsel for the plaintiffs and their proposed class, respectfully moves for admission pro hac vice. Mr. Barry has attached to this motion the affidavit required by Local Rule 83.5(h).

                                                         Respectfully submitted.

| | |
|---|---|
| Nicholas R. Barry* <br> Senior Litigation Counsel <br> America First Legal Foundation <br> 300 Independence Avenue SE <br> Washington, DC 20003 <br> (202) 964-3721 <br> nicholas.barry@aflegal.org <br><br> * *pro hac vice* application pending <br><br> Dated: December 5, 2023 | /s/ Joseph P. Ashbrook <br> Joseph P. Ashbrook <br> Ohio Bar No. 0091279 <br> Julie E. Byrne <br> Ohio Bar No. 0085174 <br> Ashbrook Byrne Kresge LLC <br> Post Office Box 8248 <br> Cincinnati, Ohio 45249 <br> (513) 582-7424 (phone) <br> (513) 216-9882 (fax) <br> jpashbrook@ashbrookbk.com <br> jebyrne@ashbrookbk.com <br><br> *Counsel for Plaintiffs and the Proposed Class* |