IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Nathan Roberts** and **Freedom Truck Dispatch LLC**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**Progressive Preferred Insurance Company**, et al.<br><br>Defendants. | Case No. 1:23-cv-01597 |

### AFFIDAVIT OF NICHOLAS R. BARRY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Nicholas R. Barry appeared in person before me today and stated under oath:

1. My name is Nicholas R. Barry. I am senior litigation counsel at America First Legal Foundation.

2. My business address is 300 Independence Avenue, SE, Washington, DC 20003.

3. I am a member in good standing of the Tennessee bar.

4. I have attached a current certificate of good standing from the Supreme Court of Tennessee, dated November 1, 2023.

5. I was admitted to the Tennessee bar on November 5, 2013.

6. My Tennessee bar identification number is 031963.

7. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States. Nor have I been reprimanded by any court, department, bureau or commission pertaining to my conduct or fitness as a member of the bar.

8. I respectfully request pro hac vice admission in this matter.

This concludes my sworn statement. I swear under penalty of perjury that, to the best of my knowledge, the facts stated in this affidavit are true and complete.

Nicholas R. Barry

Subscribed and sworn to me
this \_\_1st\_\_ day of December, 2023

_____
notary

My Commission Expires
September 8, 2025

[Notary Seal: ASHLEY HORNER, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY]