IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NATHAN ROBERTS, ET AL. and FREEDOM TRUCK DISPATCH LLC, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PROGRESSIVE PREFERRED INSURANCE COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-01597-PAG |

**MOTION FOR ADMISSION *PRO HAC VICE* OF EMILY C. DESMEDT**

Pursuant to Local Rule 83.5(h), Defendants Progressive Preferred Insurance Company and Progressive Casualty Insurance Company ("Progressive"), by and through one of their attorneys, Michael J. Ruttinger, of the law firm Tucker Ellis LLP, a member in good standing of the bar of this Court, respectfully move this Court for an Order admitting Emily C. DeSmedt *pro hac vice* as co-counsel on behalf of Progressive in the above-captioned matter. Ms. DeSmedt's contact information is as follows:

　　Emily C. DeSmedt
　　Morgan, Lewis & Bockius LLP
　　502 Carnegie Center Drive
　　Princeton, NJ 08540
　　Tel: (609) 919-6673
　　Fax: (877) 432-9652.
　　emily.desmedt@morganlewis.com

Ms. DeSmedt is a member in good standing of the highest court of the Commonwealth of Pennsylvania, having been admitted on November 4, 2011 (bar number 312325). She is also a member in good standing of the bar of the U.S. District Court for the Eastern District of Pennsylvania, to which she was admitted on November 1, 2011 (bar number 312325). No

disciplinary proceedings have been filed or are pending against her, and she has not been disbarred or suspended from practice before any court, department, bureau or commission of any State in the United States. Further, she has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of any bar.

A certificate of good standing issued by the United States District Court for the Eastern District of Pennsylvania, which is offered in support of this motion, is attached hereto as Exhibit A. The undersigned is tendering the required $120.00 filing fee with this Motion.

WHEREFORE, Progressive respectfully requests that this Court grant attorney Emily C. DeSmedt limited admission to appear in this Court, in this particular proceeding.

| | |
|---|---|
| Dated: December 13, 2023 | **PROGRESSIVE PREFERRED INSURANCE COMPANY and PROGRESSIVE CASUALTY INSURANCE COMPANY** |

By its attorneys,

*/s/ Michael J. Ruttinger*
Michael J. Ruttinger (0083850)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Tel: (216) 696-4456
Fax: (216) 592-5009
E-mail: michael.ruttinger@tuckerellis.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 13, 2023, a copy of the foregoing Motion for Admission *Pro Hac Vice* of Emily C. DeSmedt was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                    */s/ Michael J. Ruttinger*
                                    Michael J. Ruttinger (0083850)
                                    Tucker Ellis LLP
                                    950 Main Avenue, Suite 1100
                                    Cleveland, OH 44113-7213
                                    Telephone:  216.592.5000
                                    Facsimile:   216.592.5009
                                    E-mail:       michael.ruttinger@tuckerellis.com

                                    *Attorney for Defendants Progressive Preferred Insurance Company and Progressive Casualty Insurance Company*