# EXHIBIT A



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA  
EASTERN DISTRICT OF PENNSYLVANIA  }

I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania,

**DO HEREBY CERTIFY** that Emily C. DeSmedt was duly admitted to practice in said Court on as a member of the bar of said Court.

Bar #312325  
11/14/2011  and is in good standing

CLERK'S OFFICE  
Sworn to and Subscribed before me this day  
Dec/4/2023

_____  
**GEORGE WYLESOL**  
**Clerk of Court**

DATED at Philadelphia, Pennsylvania on 12/4/2023

BY: _Paige Conti_

**Deputy Clerk**

**Deputy Clerk, U.S. District Court**  
**Eastern District of Pennsylvania**

Rev. 1/20/17