# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

NATHAN ROBERTS, et al.,

        *Plaintiffs*,

    v.

PROGRESSIVE PREFERRED
INSURANCE COMPANY, et al.,

        *Defendants*.

No. 1:23-cv-01597
Hon. Patricia A. Gaughan
Mag. Judge James E. Grimes, Jr.

## ORDER

**CONSIDERING** the Unopposed Motion of the Southern Poverty Law Center, Lawyers' Committee for Civil Rights Under Law, Hispanic National Bar Association, and Asian Americans Advancing Justice – AAJC for Leave to File *Amici Curiae* Brief;

IT IS HEREBY ORDERED that the motion is GRANTED and that the Brief of the Southern Poverty Law Center, Lawyers' Committee for Civil Rights Under Law, Hispanic National Bar Association, and Asian Americans Advancing Justice – AAJC as *Amici Curiae* in Support of Defendants, attached to the Motion for Leave, is hereby filed into the record.

CLEVELAND, OHIO this ___ day of _____, 2023.

_____
JUDGE PATRICIA A. GAUGHAN
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO