UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| NATHAN ROBERTS, ET AL. and FREEDOM TRUCK DISPATCH LLC, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PROGRESSIVE PREFERRED INSURANCE COMPANY, et al.,<br><br>    Defendants. | CASE NO. 1:23-cv-01597-PAG |

## NOTICE OF APPEARANCE

Please take notice that Jon Greenbaum, of the Lawyers' Committee for Civil Rights Under Law, 1500 K Street Northwest, Suite 900, Washington, District of Columbia 20005, hereby enters their appearance as counsel for amicus curiae, the Lawyers' Committee for Civil Rights Under Law. A copy of all notices, filings, and correspondence should be directed to the undersigned.

       Respectfully submitted,

       /s/ _____
       Jon Greenbaum, D.C. Bar #489887.
       Lawyers' Committee for Civil Rights Under Law
       1500 K Street, NW, Suite 900
       Washington, DC 20005
       Tel: (202) 662-8315
       Fax: (202) 783-0857
       Email: jgreenbaum@lawyerscommittee.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of December, 2023, a copy of this Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *(signature)*
Jon Greenbaum, D.C. Bar #489887.
Lawyers' Committee for Civil Rights Under Law
1500 K Street, NW, Suite 900
Washington, DC 20005
Tel: (202) 662-8315
Fax: (202) 783-0857
Email: jgreenbaum@lawyerscommittee.org