UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NATHAN ROBERTS, ET AL. and FREEDOM TRUCK DISPATCH LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE PREFERRED INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 1:23-cv-01597-PAG |

**MOTION FOR ADMISSION *PRO HAC VICE* OF KATHRYN J. YOUKER**

Pursuant to Local Civil Rule 83.5(h), the Lawyers' Committee for Civil Rights Under Law by and through one of their attorneys, Jon Greenbaum, a member of good standing of the bar of this court, respectfully move this Court for an Order admitting Kathryn J. Youker *pro hac vice* as counsel on behalf of *amicus curiae* the Lawyers' Committee for Civil Rights Under Law in the above-captioned matter. Ms. Youker's contact information is as follows:

> Kathryn J. Youker
> Lawyers' Committee for Civil Rights Under Law
> 1500 K Street, NW, Suite 900
> Washington, DC 20005
> Tel: (202) 662-8600
> Fax: (202) 783-0857
> Email: kyouker@lawyerscommittee.org

Ms. Youker is a member in good standing of the Supreme Court of Texas, having been admitted on November 6, 2002. Her Supreme Court of Texas bar number is 24014928. No disciplinary proceedings have been filed or are pending against her, and she has not been

disbarred or suspended from practice before any court, department, bureau or commission of any State in the United States. Further, she has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of any bar.

A certificate of good standing issued by the Supreme Court of Texas, which is offered in support of this motion, is attached hereto as Exhibit A. The undersigned is tendering the required $120.00 filing fee with this Motion.

WHEREFORE, the Lawyers' Committee for Civil Rights Under Law respectfully requests that this Court grant attorney Kathryn J. Youker limited admission to appear in this Court, in this particular proceeding.

DATED: December 21, 2023        Respectfully submitted,

/s/ _____
Jon M. Greenbaum, D.C. Bar #489887.
Lawyers' Committee for Civil Rights Under Law
1500 K Street, NW, Suite 900
Washington, DC 20005
Tel: (202) 662-8315
Fax: (202) 783-0857
Email: jgreenbaum@lawyerscommittee.org

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 21st day of December 2023, a copy of the foregoing Motion for Admission *Pro Hac Vice* of Kathryn J. Youker was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *[signature]*
Jon M. Greenbaum, D.C. Bar #489887
Lawyers' Committee for Civil Rights Under Law
1500 K Street, NW, Suite 900
Washington, DC 20005
Tel: (202) 662-8315
Fax: (202) 783-0857
Email: jgreenbaum@lawyerscommittee.org