UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NATHAN ROBERTS, ET AL. and FREEDOM TRUCK DISPATCH LLC, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | Case No. 1:23-cv-01597-PAG |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| PROGRESSIVE PREFERRED INSURANCE COMPANY, et al., | ) ) ) | |
| Defendants. | ) ) | |

**PROPOSED ORDER FOR ADMISSION PRO HAC VICE**

Kathryn J. Youker's motion for admission pro hac vice is granted.

SIGNED on_____, 2023

_____
United States District Judge