UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NATHAN ROBERTS, ET AL. and FREEDOM TRUCK DISPATCH LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE PREFERRED INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 1:23-cv-01597-PAG |

**PROPOSED ORDER FOR ADMISSION PRO HAC VICE**

Dariely Rodriguez's motion for admission pro hac vice is granted.

SIGNED on _____, 2023

_____
United States District Judge