# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| NATHAN ROBERTS and FREEDOM TRUCK DISPATCH LLC, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>PROGRESSIVE PREFERRED INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; CIRCULAR BOARD LLC,<br><br>*Defendants.* | Civil Action No. 1:23-cv-01597<br><br>JUDGE PATRICIA A. GAUGHAN<br>Magistrate Judge James E. Grimes, Jr.<br><br>**MOTION FOR THE ADMISSION, *PRO HAC VICE,* OF LUCIA GOIN AS COUNSEL FOR *AMICI CURIAE*** |

Pursuant to Local Civil Rule 83.5(h), I hereby move for the admission, *pro hac vice*, of Lucia Goin, an attorney at The Southern Poverty Law Center located at 1101 17th St NW, Suite 705, Washington DC 20036 and a member in good standing of the District of Columbia state bar (DC Bar No. 330418), as counsel in this case for *Amici Curiae* The Southern Poverty Law Center, the National Hispanic Bar Association, and Asian Americans Advancing Justice. The declaration of Lucia Goin is filed herewith.

Date: December 21, 2023

Respectfully submitted,

*s/ Lucia Goin*
_____

Lucia Goin (DC Bar No. 330418)
SOUTHERN POVERTY LAW CENTER
1101 17th St NW, Suite 705
Washington DC 20036
Tel: (504) 418-0697
Fax: (404) 221-5857
Email: lucia.goin@splcenter.org

## CERTIFICATE OF SERVICE

I certify that, on December 21, 2023, I electronically transmitted the attached MOTION FOR THE ADMISSION, *PRO HAC VICE,* OF LUCIA GOIN AS COUNSEL FOR *AMICI CURIAE*, its accompanying declaration, and proposed order using the CM/ECF system. Notice of Electronic Filing will be sent to all CM/ECF registrants for this matter.

Signed: *s/ Lucia Goin*

Lucia Goin (DC Bar No. 330418)
SOUTHERN POVERTY LAW CENTER
1101 17th St NW, Suite 705
Washington DC 20036
Tel: (504) 418-0697
Fax: (404) 221-5857
Email: lucia.goin@splcenter.org

*Attorney for Amici Curiae The Southern Poverty Law Center, Hispanic National Bar Association, and Asian Americans Advancing Justice – AAJC*