IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| NATHAN ROBERTS and FREEDOM TRUCK DISPATCH LLC, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs,*<br>v.<br><br>PROGRESSIVE PREFERRED INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; CIRCULAR BOARD LLC,<br><br>    *Defendants.* | Civil Action No. 1:23-cv-01597<br><br>JUDGE PATRICIA A. GAUGHAN<br>Magistrate Judge James E. Grimes, Jr.<br><br><br>**MOTION FOR THE ADMISSION, *PRO HAC VICE,* OF LESLIE FAITH JONES AS COUNSEL FOR *AMICI CURIAE*** |

Pursuant to Local Civil Rule 83.5(h), I hereby move for the admission, *pro hac vice*, of Leslie Faith Jones, an attorney at The Southern Poverty Law Center located at 111 East Capitol Street, Suite 280, Jackson, MS, 39201, and a member in good standing of the Mississippi and Pennsylvania and New York state bars (MS Bar No. 106092; PA Bar No. 322233; NY Bar No. 3936846), as counsel in this case for *Amici Curiae* The Southern Poverty Law Center, the National Hispanic Bar Association, and Asian Americans Advancing Justice. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States. I have never received a reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar. A Certificate of Good Standing is filed herewith.

Date: December 21, 2023

Respectfully submitted,

*s/ Leslie Faith Jones*

Leslie Faith Jones (MS Bar No. 106092)  
SOUTHERN POVERTY LAW CENTER  
111 East Capitol Street, Suite 280  
Jackson, Mississippi 39201  
Tel: (601) 317-7519  
Fax: (601) 948-8885  
Email: leslie.jones@splcenter.org

## CERTIFICATE OF SERVICE

I certify that, on December 21, 2023, I electronically transmitted the attached MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF LESLIE FAITH JONES AS COUNSEL FOR *AMICI CURIAE*, its accompanying Certificate of Good Standing, and proposed order using the CM/ECF system. Notice of Electronic Filing will be sent to all CM/ECF registrants for this matter.

Signed: *s/ Leslie Faith Jones*

Leslie Faith Jones (MS Bar No. 106092)
SOUTHERN POVERTY LAW CENTER
111 East Capitol Street, Suite 280
Jackson, Mississippi 39201
Tel: (601) 317-7519
Fax: (601) 948-8885
Email: leslie.jones@splcenter.org

*Attorney for Amici Curiae The Southern Poverty Law Center, Hispanic National Bar Association, and Asian Americans Advancing Justice – AAJC*