## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| NATHAN ROBERTS and FREEDOM TRUCK DISPATCH LLC, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs,*<br>v.<br><br>PROGRESSIVE PREFERRED INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; CIRCULAR BOARD LLC,<br><br>    *Defendants.* | Civil Action No. 1:23-cv-01597<br><br>JUDGE PATRICIA A. GAUGHAN<br>Magistrate Judge James E. Grimes, Jr.<br><br>**MOTION FOR THE ADMISSION, *PRO HAC VICE,* OF JENNIFER VAIL AS COUNSEL FOR *AMICI CURIAE*** |

Pursuant to Local Civil Rule 83.5(h), I hereby move for the admission, *pro hac vice*, of Jennifer Vail, an attorney at the Southern Poverty Law Center located at 1101 17th Street NW, Suite 705, Washington, D.C. 20036, and a member in good standing of the District of Columbia bar (D.C. Bar No. 90004758, admitted on October 31, 2022), as counsel in this case for *Amici Curiae* the Southern Poverty Law Center, the National Hispanic Bar Association, and Asian Americans Advancing Justice. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States. I have never received a reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar. A Certificate of Good Standing is filed herewith.

Date: December 21, 2023                      Respectfully submitted,

                                                                   *s/ Jennifer Vail*

Jennifer Vail (DC Bar No. 90004758)
SOUTHERN POVERTY LAW CENTER
1101 17th Street NW, Suite 705
Washington, D.C. 20036
Tel: (201) 469-6455
Fax: (404) 221-5857
Email: jennifer.vail@splcenter.org

## CERTIFICATE OF SERVICE

I certify that, on December 21, 2023, I electronically transmitted the attached MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF JENNIFER VAIL AS COUNSEL FOR *AMICI CURIAE*, its accompanying Certificate of Good Standing, and proposed order using the CM/ECF system. Notice of Electronic Filing will be sent to all CM/ECF registrants for this matter.

      Respectfully submitted,

      *s/ Jennifer Vail*
      _____

Jennifer Vail (D.C. Bar No. 90004758)
SOUTHERN POVERTY LAW CENTER
1101 17th Street NW, Suite 705
Washington, D.C. 20036
Tel: (201) 469-6455
Fax: (404) 221-5857
Email: jennifer.vail@splcenter.org

*Attorney for Amici Curiae The Southern Poverty Law Center, Hispanic National Bar Association, and Asian Americans Advancing Justice – AAJC*