**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| NATHAN ROBERTS and FREEDOM TRUCK DISPATCH LLC, on behalf of themselves and all others similarly situated, | Civil Action No. 1:23-cv-01597 |
| *Plaintiffs,* | JUDGE PATRICIA A. GAUGHAN<br>Magistrate Judge James E. Grimes, Jr. |
| *v.* | |
| | **[PROPOSED] ORDER GRANTING MOTION FOR THE ADMISSION, *PRO HAC VICE,* OF JENNIFER VAIL AS COUNSEL FOR *AMICI CURIAE*** |
| PROGRESSIVE PREFERRED INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; CIRCULAR BOARD LLC, | |
| *Defendants.* | |

Upon consideration of the MOTION FOR THE ADMISSION, *PRO HAC VICE,* OF JENNIFER VAIL AS COUNSEL FOR *AMICI CURIAE,* it is ORDERED that the motion is GRANTED.

Ordered this ___ day of _____, 2023.

_____
PATRICIA A. GAUGHAN
United States District Court Judge
JAMES E. GRIMES, JR.
United States Magistrate Judge