IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NATHAN ROBERTS and FREEDOM TRUCK DISPATCH LLC, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs,*<br><br>v.<br><br>PROGRESSIVE PREFERRED INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; CIRCULAR BOARD LLC,<br><br>    *Defendants.* | Civil Action No. 1:23-cv-01597<br><br>JUDGE PATRICIA A. GAUGHAN<br>Magistrate Judge James E. Grimes, Jr.<br><br><br>**MOTION FOR THE ADMISSION, *PRO HAC VICE,* OF EFRÉN C. OLIVARES AS COUNSEL FOR *AMICI CURIAE*** |

    Pursuant to Local Civil Rule 83.5(h), I hereby move for the admission, *pro hac vice*, of Efrén C. Olivares, an attorney at the Southern Poverty Law Center located at 150 E. Ponce de León Ave., Ste. 350, Decatur, GA 30031-1287 and a member in good standing of the Georgia state bar (GA Bar No. 934358), as counsel in this case for *Amici Curiae* The Southern Poverty Law Center, the National Hispanic Bar Association, and Asian Americans Advancing Justice. The declaration of Efrén C. Olivares is filed herewith.

Date: December 21, 2023            Respectfully submitted,

                                           *s/ Efrén C. Olivares*

                                       Efrén C. Olivares (GA Bar No. 934358)
                                       SOUTHERN POVERTY LAW CENTER
                                       150 E. Ponce de León Ave, Ste. 350
                                       Tel: (404) 821-6443
                                       Fax: (404) 221-5857
                                       Email: efren.olivares@splcenter.org

## CERTIFICATE OF SERVICE

I certify that, on December 21, 2023, I electronically transmitted the attached MOTION FOR THE ADMISSION, PRO HAC VICE, OF EFRÉN C. OLIVARES AS COUNSEL FOR *AMICI CURIAE*, its accompanying declaration, and proposed order using the CM/ECF system. Notice of Electronic Filing will be sent to all CM/ECF registrants for this matter.

Signed: *s/ Efrén C. Olivares*

Efrén Olivares (GA Bar No. 934358)
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de León Ave, Ste. 350
Tel: (404) 821-6443
Fax: (404) 221-5857
Email: efren.olivares@splcenter.org

*Attorney for Amici Curiae The Southern Poverty Law Center, Hispanic National Bar Association, and Asian Americans Advancing Justice – AAJC*