**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| NATHAN ROBERTS and FREEDOM TRUCK DISPATCH LLC, on behalf of themselves and all others similarly situated, | Civil Action No. 1:23-cv-01597 |
| *Plaintiffs,* | JUDGE PATRICIA A. GAUGHAN |
| v. | Magistrate Judge James E. Grimes, Jr. |
| PROGRESSIVE PREFERRED INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; CIRCULAR BOARD LLC, | **DECLARATION OF EFRÉN C. OLIVARES** |
| *Defendants.* | |

Pursuant to Local Rule 83.5(h), I, Efrén C. Olivares, submit this declaration in support of my motion for leave to appear and practice in this case *pro hac vice* as counsel for *Amici Curiae* The Southern Poverty Law Center, the National Hispanic Bar Association, and Asian Americans Advancing Justice.

1. My full name is Efrén Carlos Olivares.

2. My office is located at 150 E. Ponce de León Ave., Ste. 350, Decatur, GA 30031-1287, and my office number is (404) 821-6443.

3. I certify that I am currently a member in good standing of the State Bar of Texas (TX Bar No. 24065844) and the Georgia State Bar (GA Bar No. 934358) and am admitted to practice before the United States Courts for Southern District of Texas, Western District

of Texas, Northern District of Texas, Court of Appeals for the Fifth Circuit, and the Supreme Court of the United States.

4. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted to appear *pro hac vice* before this Court in the preceding two years.

6. I am not a member of the Ohio Bar and I do not have an application for membership pending.

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true.

Executed on December 21, 2023.

*s/ Efrén C. Olivares*

Efrén Olivares (GA Bar No. 934358)
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de León Ave, Ste. 350
Tel: (404) 821-6443
Fax: (404) 221-5857
Email: efren.olivares@splcenter.org