**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| NATHAN ROBERTS and FREEDOM TRUCK DISPATCH LLC, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs,*<br><br>*v.*<br><br>PROGRESSIVE PREFERRED INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; CIRCULAR BOARD LLC,<br><br>    *Defendants.* | Civil Action No. 1:23-cv-01597<br><br>JUDGE PATRICIA A. GAUGHAN<br>Magistrate Judge James E. Grimes, Jr.<br><br>**MOTION FOR THE ADMISSION, *PRO HAC VICE,* OF ANDREA ALAJBEGOVIC AS COUNSEL FOR *AMICI CURIAE*** |

Pursuant to Local Civil Rule 83.5(h), I hereby move for the admission, *pro hac vice*, of Andrea Alajbegovic, an attorney at the Southern Poverty Law Center located at 111 East Capitol St., Suite 280, Jackson, MS, 39201, and a member in good standing of the Mississippi and New York state bars (MS Bar No. 106442; NY Bar No. 5765615), as counsel in this case for *Amici Curiae* The Southern Poverty Law Center, the National Hispanic Bar Association, and Asian Americans Advancing Justice. The declaration of Andrea Alajbegovic is filed herewith.

Date: December 21, 2023

Respectfully submitted,

*s/ Andrea Alajbegovic*
_____

Andrea Alajbegovic (MS Bar No. 106442)
SOUTHERN POVERTY LAW CENTER
111 East Capitol St, Suite 280
Jackson, MS 39201
Tel: (601) 265-8309
Fax: (601) 948-8885
Email: andrea.alajbegovic@splcenter.org

## CERTIFICATE OF SERVICE

I certify that, on December 21, 2023, I electronically transmitted the attached MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF ANDREA ALAJBEGOVIC AS COUNSEL FOR *AMICI CURIAE*, its accompanying declaration, Certificate of Good Standing, and proposed order using the CM/ECF system.  Notice of Electronic Filing will be sent to all CM/ECF registrants for this matter.

Signed: *s/ Andrea Alajbegovic*
_____

Andrea Alajbegovic (MS Bar No. 106442)
SOUTHERN POVERTY LAW CENTER
111 East Capitol St., Suite 280
Jackson, MS 39201
Tel: (601) 265-8309
Fax: (601) 948-8885
Email: andrea.alajbegovic@splcenter.org

*Attorney for Amici Curiae The Southern Poverty Law Center, Hispanic National Bar Association, and Asian Americans Advancing Justice – AAJC*