**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |
|---|---|
| NATHAN ROBERTS and FREEDOM TRUCK DISPATCH LLC, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>*v.*<br><br><br>PROGRESSIVE PREFERRED INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; CIRCULAR BOARD LLC,<br><br>*Defendants.* | Civil Action No. 1:23-cv-01597<br><br><br>JUDGE PATRICIA A. GAUGHAN<br>Magistrate Judge James E. Grimes, Jr.<br><br><br>**[PROPOSED] ORDER GRANTING MOTION FOR THE ADMISSION, *PRO HAC VICE,* OF ANDREA ALAJBEGOVIC AS COUNSEL FOR *AMICI CURIAE*** |

Upon consideration of the MOTION FOR THE ADMISSION, *PRO HAC VICE,* OF ANDREA ALAJBEGOVIC AS COUNSEL FOR *AMICI CURIAE,* it is ORDERED that the motion is GRANTED.

Ordered this ____ day of _____, 2023.

_____
PATRICIA A. GAUGHAN
United States District Court Judge
JAMES E. GRIMES, JR.
United States Magistrate Judge