# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| NATHAN ROBERTS and FREEDOM TRUCK DISPATCH LLC, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs,*<br><br>v.<br><br>PROGRESSIVE PREFERRED INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; CIRCULAR BOARD LLC,<br><br>    *Defendants.* | Civil Action No. 1:23-cv-01597<br><br>JUDGE PATRICIA A. GAUGHAN<br>Magistrate Judge James E. Grimes, Jr.<br><br>**DECLARATION OF ANDREA ALAJBEGOVIC** |

    Pursuant to Local Rule 83.5(h), I, Andrea Alajbegovic, submit this declaration in support of my motion for leave to appear and practice in this case *pro hac vice* as counsel for *Amici Curiae* The Southern Poverty Law Center, the National Hispanic Bar Association, and Asian Americans Advancing Justice.

1. My full name is Andrea Alajbegovic.

2. My office is located at 111 East Capitol St., Suite 280, Jackson, MS 39201 and my office number is (601) 265-8309.

3. I certify that I am currently a member in good standing of the Mississippi state bar (MS Bar No. 106442), the New York state bar (NY Bar No. 5765615) and am admitted to practice before the U.S. District Court for the Northern District of Mississippi and the

U.S. District Court for the Southern District of Mississippi. Please see attached Certificate of Good Standing.

4. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted to appear *pro hac vice* before this Court in the preceding two years.

6. I am not a member of the Ohio Bar and I do not have an application for membership pending.

I certify under penalty of perjury that the foregoing is true.

Executed on December 21, 2023.

*s/ Andrea Alajbegovic*

Andrea Alajbegovic (MS Bar No. 106442)
SOUTHERN POVERTY LAW CENTER
111 East Capitol St., Suite 280
Jackson, MS 39201
Tel: (601) 265-8309
Fax: (601) 948-8885
Email: andrea.alajbegovic@splcenter.org