# Exhibit 1

 **Gmail**

**AFL Equality <equality@aflegal.org>**

---

**Fwd: $25,000 grants available for small business owners.**

---

**Nathan Roberts** <nate@freedomtruckdispatch.com>
To: equality@aflegal.org

Wed, May 24, 2023 at 12:59 PM

---------- Forwarded message ---------
From: **Progressive** <progressivecommercial@e.progressive.com>
Date: Tue, May 23, 2023 at 8:20 PM
Subject: $25,000 grants available for small business owners.
To: <nate@freedomtruckdispatch.com>



# Supporting small businesses owners

### With two grant funds supported by Progressive



We're proud to support small business owners with two exciting grant funds
hosted by Hello Alice.

## Progressive Driving Small Business Forward Fund

We're offering 10 grants of $25,000 each to Black-owned small businesses to use toward the purchase of a commercial vehicle. Apply to this fund today.

Apply Today

## Small Business Growth Fund

This fund provides small business owners of all backgrounds the opportunity to receive a $5,000 to $25,000 grant. The next application period for this fund starts June 12, 2023. Learn more about how to apply after the application period begins.

## Next steps—share & apply today

We're currently taking applications for the Progressive Driving Small Business Forward Fund. Please share this opportunity with a friend or fellow business owner—applicants don't need to be Progressive customers to apply!



**Your Agent**
CUI Agency LLC
CUI@CUIAGENCY.COM
801-352-1161

**Your Policy**
NATHAN ROBERTS
Ohio Commercial Auto 962418118

Contact        Privacy        Terms        Unsubscribe

**Please do not reply to this email—this mailbox is not monitored.**

View this email online.

Policy underwritten by Progressive Preferred Insurance Company

Advertisement from
United Financial Casualty Company
6300 Wilson Mills Rd, Mayfield Village, OH 44143

NO PURCHASE NECESSARY TO ENTER OR WIN. The Driving Small Business Forward grant program is open to legal residents of the 50 U.S. states and D.C., 18 and older (19 and older in AL and NE). Begins on April 24, 2023, at 9 a.m. ET and ends on June 2, 2023, at 6 p.m. ET. To enter, visit http://hialice.co/progressive. Limit one entry per entrant/officer. Void where prohibited. For complete rules, go to https://pgrs.in/Hi_Alice. Sponsor: Circular Board, Inc. dba Hello Alice, in coordination with Progressive Casualty Ins. Co., 6300 Wilson Mills Road, Mayfield Village, OH 44143.

*Marketing_CL_Hello_Alice_10.0*