# Exhibit 2



FUNDING     PARTNERSHIPS     COMPANY     BLOG     Login

# Driving Small Business Forward: $25K Grants

The Progressive® Driving Small Business Forward fund program will provide $25,000 towards a commercial vehicle to 10 Black-owned small businesses.

Progressive Commercial is the #1 commercial auto insurer in America[1] and is committed to serving small businesses. Multiple studies have shown how inequities have made it harder for Black entrepreneurs to access capital. This program aims to alleviate this challenge.

[1] No. 1 commercial auto insurer from SNL Financial's 2022 national written premium data.



POWERED BY