# Exhibit 5



**Organizations** ▼   **Businesses** ▼   **Institutions** ▼

**Individuals** ▼   **Thematic Areas**   **States**

**Submit Your Grant**

Subscribe →
To Free
Grant
Alerts

Member Dashboard   Search ▼   Contact
Sign in

Home  »  Training  » Applications Open for Democratizing the Friends and Family Grant (New York)

# Applications Open for Democratizing the Friends and Family Grant (New York)



## Latest Grants



**Artist Grant to support Professional and Artistic Development in Delaware**

**Apply now for**

Project Entrepreneur, a program by UBS, aims to level the playing field for female founders by providing access to the resources, training, and

networks they need to build and grow their

companies.

**Donor Name:** Hello Alice

**State:** New York

**Boroughs**: Bronx, Brooklyn, Manhattan, Queens, and/or Staten Island

**Type of Grant:** Grant

**Deadline:** 03/03/2023

**Size of the Grant:** $25,000

**Details:**

The Democratizing the Friends and Family Round (2023) (the "Program") is sponsored and administered by Circular Board, Inc. dba Hello Alice ("Sponsor"). By entering this Program, you agree to be bound by these

Individual Artist Fellowship (Nebraska)



**2024 Human Service Grant Program – Delaware**



**The Louise R. Lester Foundation Grant Program 2023 (Virginia)**



**Equity-Focused**

Terms and Conditions and Sponsor's determinations regarding the Program, which are final and binding. The Program is subject to all applicable federal, state, and local laws and is void where prohibited. There is no purchase necessary or other cost to enter the Program or win a Grant.

**Funding Information**

Each Founder that is a Grant Recipient will receive a $25,000 (USD) grant to be used for the benefit of Finalist's Company.

**Eligibility Criteria**

To be eligible to enter a company in the Program, you ("Officer") must be all of the following as of the first day of the Program Period (defined below):

**Leadership Grants for Colorado-based Nonprofits**



**Bonfils-Stanton Foundation Capital Grants Program in Colorado**



**Funding available for General Operating and Project Support in Colorado**



**El Paso County**

- an entrepreneur who is the leading executive (i.e. Founder and/or President, CEO, CFO, COO, or any such other similar title) of a company that meets the below business criteria;

- a legal resident of one of the fifty United States, the District of Columbia, or Puerto Rico;

- a current resident of NYC (defined as residing within the official zip codes of the five boroughs of Bronx, Brooklyn, Manhattan, Queens, and/or Staten Island); and

- eighteen (18) years of age or older (19 in AL and NE).

- To be eligible to participate in the program, the company ("Entrant") must meet all of the following criteria as of the first day of

**Community Services Block Grant (CSBG) Program**



**Grants to preserve Agriculture-supporting Organizations in Maryland**



**Michigan: Wastewater Infrastructure Fund Grants**



the Program Period:

- Be a for-profit company located and registered in NYC (defined as residing within the official zip codes of the five boroughs of Bronx, Brooklyn, Manhattan, Queens, and/or Staten Island);Have at least one woman-identifying founder of color;

- Have a venture-scalable or venture-viable product or idea;

- Have a demonstrated need for funds; AND

- Must be willing to participate in a coaching program as well as attend an in-person accelerator at UBS's NYC headquarters (defined below under "Summary of Grants").

- The potential winners are subject to

**Texans Feeding Texans – Surplus Agricultural Products Grant Program**



**2024 Barton County Community Foundation Grant Program – Missouri**



**2024 Beckmann Emerging Artist Fellowship – Indiana**



verification of eligibility by Sponsor, which

may include completing associated

documentation.

For more information, visit Democratizing the

Friends & Family.

**Looking for Grants?** Become a Member to search and filter grant information and receive latest grant alerts in your email inbox. Learn more.



**2024 City of Bellingham Tourism Grant Program – Washington**

**2024 Scrap Tire Market Development Program – Michigan**

**EPA: Methodology and Tools to support Climate-Resilience Communities Training Modules, and**

**HRSA: Early Hearing Detection and Intervention State/Territory Program**

**OJJDP: 2023 Subgrants Program for State and Local Court Appointed Special Advocates**

and
Modeling

Organization

**EPA: Tribal Support for E-Enterprise for the Environment 2024-2029**

**Applications open for BIPOC Deaf Arts Grant Program 2023**

**2024 Widening the Pipeline Fellowship for Journalists of Color**

**2023 Local and Regional Healthy Food Financing Partnerships Program**

**ACF: 2023 Support for Trauma-Affected Refugees (STAR) Program**

**DOE: Puerto Rico Energy Resilience Fund (PR-ERF)**

**Nextdoor Kind**

**Apply now for**

**2024 Create**

**Foundation' Keep it Local Business Fund**

**Youth as Solutions (YaS) Program**

**Change Fellowship for Artists and Cultural Producers in New York**

**Submit Applications for Artists in Business Leadership Fellowship 2024**

**Institute of Education Sciences (IES): National Center for Education Research (NCER) Education Research**

**USDA/FNS: Food Distribution Program on Indian Reservation Produce Training Program**



Manage Cookie Preferences