# Exhibit 6



# BGE Energizing Small Business Grants in Maryland



## Latest Grants



**Artist Grant to support Professional and Artistic Development in Delaware**

**Apply now for**

In 2023, the BGE Energizing Small Business grant program, presented in partnership with Hello Alice and the Global Entrepreneurship Network (GEN), is offering funding to help

central Maryland businesses succeed and thrive.

**Donor Name:** Hello Alice

**State:** Maryland

**County:** Selected Counties

**Type of Grant:** Grant

**Deadline:** 03/24/2023

**Size of the Grant:** $20,000

**Details:**

BGE's Energizing Small Business Grant Program (the "Program") is sponsored and administered by Circular Board, Inc. dba Hello Alice and the Global Entrepreneurship Network, Inc. (GEN) ("Sponsors").



Individual Artist Fellowship (Nebraska)



2024 Human Service Grant Program – Delaware



The Louise R. Lester Foundation Grant Program 2023 (Virginia)

Equity-Focused

## Funding Information

Grant Recipients will receive a $20,000 (USD) grant to be used for the Grant Recipient's business expenses.

## Eligibility Criteria

- Applicants must be a for-profit business and an existing BGE electric and/or gas customer with positive BGE credit history. Hello Alice values diversity, equity and inclusion so preference will be given to minority-owned and woman-owned businesses. Other eligibility criteria include:
    - For-profit business founded in 2021 or prior
    - In good standing (or on the way to) with the State of Maryland

**Leadership Grants for Colorado-based Nonprofits**



**Bonfils-Stanton Foundation Capital Grants Program in Colorado**



**Funding available for General Operating and Project Support in Colorado**



**El Paso County**

- A maximum of twenty-five (25) employees
- Annual gross revenues in 2022 of less than $7 million USD
- Demonstrated need for funding to support business and serve customers

For more information, visit BGE Energizing.

**Looking for Grants?** Become a Member to search and filter grant information and receive latest grant alerts in your email inbox. Learn more.



**Community Services Block Grant (CSBG) Program**



**Grants to preserve Agriculture-supporting Organizations in Maryland**

**Michigan: Wastewater Infrastructure Fund Grants**



USDA/RBCS Evaluation of Rural ...

Nominations open for 2024 ...

Civic Discourse and Community ...

Rural Development Investments in Food Supply Chains

Alan T. Waterman Award

Voices Fund to enable Local News Experiments

Texans Feeding Texans – Surplus Agricultural Products Grant Program

Request for Proposals for 2023 Elevate Initiative

2024 Widening the Pipeline Fellowship for Journalists of Color

2024 Call for Applications for Downtown Revitalization Grant Program – Maryland



2024 Barton County Community Foundation Grant Program – Missouri

Town of Perryville Business Development Grant Program – Maryland

2023 Give Back Grant (GBG) for BIPOC Women

Apply now for America's Long-Term Care Crisis Reporting Fellowship



2024 Beckmann Emerging Artist Fellowship – Indiana



2023-24 Research Publication Grants in Engineering, Medicine & Science

Submit Applications for American Fellowships Program

AAUW Career Development Grants on Education for Women

2024 City of Bellingham Tourism Grant Program – Washington

Submit Applications for Lowe's Foundation Gable Grants Program

2024 EAN Program for Black and Latino Entrepreneurs

OPE/HEP/FIE HBCUs, TCCUs, and MSIs Research and Development Infrastructure Grant Program

2024 Scrap Tire Market Development Program – Michigan



Manage Cookie Preferences