# Exhibit 8

Case: 1:23-cv-01597-PAG  Doc #: 32-8  Filed:  01/03/24  1 of 3.  PageID #: 319

## DECLARATION OF NATHAN ROBERTS

I, Nathan Roberts, declare:

1. My name is Nathan Roberts. I am over the age of 21 and fully competent to make this declaration.

2. I have personal knowledge of all of the facts stated in this declaration.

3. I sought to apply for the Progressive "Driving Small Business Forward" grant program through my small business, Freedom Truck Dispatch LLC.

4. At the time I sought to apply for the Progressive Driving Small Business Forward grant program, the application was still open, and I met all of the eligibility criteria, except for the requirement that my business be majority (51+%) owned and operated by a Black-identifying entrepreneur.

5. At the time I sought to apply for the Progressive Driving Small Business Forward grant program, the application was still open and I met the following eligibility criteria:

   a. Freedom Truck Dispatch LLC had fewer than 10 employees and less than $5 million in annual gross revenue;

   b. Freedom Truck Dispatch LLC had a demonstrated need for a qualifying commercial vehicle and a clear plan for growth as a result of the vehicle purchase;

   c. Neither I, nor Freedom Truck Dispatch LLC, were independent contractors for any rideshare service or third-party food delivery service; and

    d. the grant money would be used for a commercial vehicle with a "Gross Vehicle Mass" (GMV) under 26,000 lbs and would not be a vehicle designed for use off public roads or heavy equipment (such as a bulldozer, farm machinery, forklift, etc.).

I declare under penalty of perjury that the foregoing is true and correct.

1-3-24
Date

Nathan Roberts