UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NATHAN ROBERTS, et al. | ) | CASE NO. 1:23CV1597 |
| | ) | |
| Plaintiffs | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | Magistrate Judge James E. Grimes, Jr. |
| | ) | |
| PROGRESSIVE PREFERRED | ) | **JOINT STIPULATION TO EXTEND** |
| INSURANCE COMPANY, et al. | ) | **DEADLINES AND JOINT MOTION TO** |
| | ) | **TO RESCHEDULE JANUARY 25, 2024** |
| | ) | **CASE MANAGEMENT CONFERENCE** |
| Defendants | ) | |

Plaintiffs Nathan Roberts and Freedom Truck Dispatch LLC (collectively, "Plaintiffs") and Defendants Progressive Insurance Company, Progressive Casualty Insurance Company, and Circular Board Inc. (collectively, "Defendants") have jointly agreed to extend the following deadlines (subject to this Court's approval):

- Motions to Dismiss Amended Complaint will be due on **February 7, 2024**

- Response in Opposition to Motions to Dismiss Due on **March 22, 2024**

- Replies in Support of Motions to Dismiss Due on **April 19, 2024**

All parties have agreed to the aforementioned dates. None of the parties will be prejudiced by the requested extensions, and there will be no undue delay of this case. The parties therefore respectfully request that the Court approve this Joint Stipulation and enter the agreed briefing schedule.

The parties further respectfully request that the Case Management Conference, currently scheduled for January 25, 2024, be rescheduled for the week of March 11, 2024 (subject to the Court's availability) or a contemporaneous date that is convenient for the Court.

Respectfully submitted,

/s/ Joseph P. Ashbrook (per consent)
Joseph P. Ashbrook (0091279)
Julie E. Byrne (0085174)
Ashbrook Byrne Kresge
P.O. Box 8248
Cincinnati, OH 45249
Phone: (513) 827-1776
Email: jpashbrook@ashbrookbk.com
Email: jebyrne@ashbrookbk.com

Benjamin M. Flowers
Ashbrook Byrne Kresge
P.O. Box 20464
Columbus, OH 43220
Phone: (312) 898-3932
Email: bflowers@ashbrookbk.com

Gene P. Hamilton
Nicholas R. Barry
America First Legal Foundation - Washington
Ste. 231
611 Pennsylvania Avenue SE
Washington, DC 20003
Phone: (202) 964-3721
Phone: (615) 431-9303
Email: gene.hamilton@aflegal.org
Email: nicholas.barry@aflegal.org

Jonathan F. Mitchell
Mitchell Law – Austin
Ste. 400
111 Congress Avenue
Austin, TX 78701
Phone: (512) 686-3940
Fax: (512) 686-3941
Email: jonathan@mitchell.law

*Attorneys for Plaintiffs Nathan Roberts and Freedom Truck Dispatch LLC*

/s/ Dolores P. Garcia
Michael N. Ungar (0016989)
Dolores P. Garcia (0085644)
Halden R. Schwallie (0093665)
Ulmer & Berne LLP
Skylight Office Tower
1660 West 2nd Street, Suite 1100
Telephone: (216) 583-7000
Facsimile: (216) 583-7001
Email: mungar@ulmer.com
Email: dgarcia@ulmer.com
Email: hschwallie@ulmer.com

Neal Kumar Katyal
David M. Foster
Reedy C. Swanson
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Phone: (202) 637-5600
Email: neal.katyal@hoganlovells.com
Email: david.foster@hoganlovells.com
Email: reedy.swanson@hoganlovells.com

*Attorneys for Defendant Circular Board Inc.*

/s/ Michael Ruttinger (per consent)
Michael Ruttinger (0083850)
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Phone: (216) 696-4456
Email: michael.ruttinger@tuckerellis.com

Stephanie Schuster
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004
Phone: (202) 373-6595
Email: stephanie.schuster@morganlewis.com

Hanna Martin
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6000
Email: hanna.martin@morganlewis.com

Emily Cuneo DeSmedt
Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540
Phone: (609) 919-6600
Fax: (609) 919-6601
Email: emily.desmedt@morganlewis.com

*Attorneys for Defendants Progressive Preferred Insurance Company and Progressive Casualty Insurance Company*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 11th day of January, 2024, a copy of this Joint Stipulation to Extend Deadlines was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Dolores P. Garcia*
*One of the Attorneys for Defendant*
*Circular Board Inc.*