# EXHIBIT 4



Sign up

Already part of Hello Alice? Log in

First Name

Last Name

Email

Confirm Email

To ensure accuracy, please type your email again. Copy-pasting is not allowed.

Password

Start Your Journey

Get access to funding opportunities, a community of business owners, and 1000+ business resources curated just for you.

Sign up

or sign up with

By creating an account, you agree to the Hello Alice's **Terms of Use** and **Privacy Policy**

https://helloalice.com/terms