IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NATHAN ROBERTS and FREEDOM TRUCK DISPATCH LLC, on behalf of themselves and all others similarly situated, | ) ) ) ) | Case No. 1:23-cv-01597-PAG<br><br>JUDGE PATRICIA A. GAUGHAN<br>Magistrate Judge James E. Grimes, Jr. |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **NOTICE OF CHANGE OF ADDRESS** |
| PROGRESSIVE PREFERRED INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; CIRCULAR BOARD INC., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that effective February 1, 2024, the law firm of Ulmer & Berne LLP, has combined with the law firm of Greensfelder, Hemker & Gale, P.C. and now operates as UB Greensfelder LLP. Attorneys Michael N. Ungar, Dolores P. Garcia and Halden R. Schwallie, counsel for Defendant Circular Board Inc., hereby notify this Court of the change to the firm name and e-mail address only, as follows:

> UB GREENSFELDER LLP
> Michael N. Ungar, Esq.
> Dolores P. Garcia, Esq.
> Halden R. Schwallie, Esq.
> Skylight Office Tower
> 1660 West 2nd Street, Suite 1100
> Cleveland, OH 44113-1406
> mungar@ubglaw.com
> dgarcia@ubglaw.com
> hschwallie@ubglaw.com

Respectfully Submitted,

*/s/ Dolores P. Garcia*
Michael N. Ungar (0016989)
Dolores P. Garcia (0085644)
Halden R. Schwallie (0093665)
UB GREENSFELDER LLP
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
Telephone: (216) 583-7000
Facsimile: (216) 583-7001
Email: mungar@ubglaw.com
dgarcia@ubglaw.com
hschwallie@ubglaw.com

*Attorneys for Defendant Circular Board Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February, 2024, a copy of the Notice of Change of Address was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Dolores P. Garcia*
*One of the Attorneys for Defendant Circular Board Inc.*