IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Nathan Roberts** and **Freedom Truck Dispatch LLC**, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>**Progressive Preferred Insurance Company**; **Progressive Casualty Insurance Company**; **Circular Board Inc.**,<br><br>　　　　　　　Defendants. | Case No. 1:23-cv-01597<br><br>Judge Patricia A. Gaughan<br>Magistrate Judge James E. Grimes, Jr.<br><br>**Combined Unopposed Motion, and Memorandum in Support of Motion, for Leave to File a Consolidated, 30-page Response to the Defendants' Motions to Dismiss** |

　　This case involves two classes of defendants: the "Progressive Defendants" (Progressive Preferred Insurance Company and Progressive Casualty Insurance Company) and Circular Board Inc. Both classes of defendants filed motions to dismiss. *See* Progressive Defendants' Mot. to Dismiss, R.34, PageID#326; Circular Board's Mot. to Dismiss, R.35, PageID#359. The plaintiffs are entitled to file separate 20-page briefs responding to each motion. They would prefer, however, to file one consolidated 30-page brief responding to both motions simultaneously. Because Local Rule 7.1(f) forbids the plaintiffs to do so without a court order, the plaintiffs move for an order allowing them to file a consolidated, 30-page response to the plaintiffs' motions to dismiss. The defendants, through counsel, responded that they do not oppose this request.

## CONCLUSION

The Court should enter an order allowing the plaintiffs to file one consolidated, 30-page response to the defendants' motions to dismiss.

Dated: February 27, 2024   Respectfully submitted.

/s/ Benjamin M. Flowers

| | |
|---|---|
| Jonathan F. Mitchell* | Benjamin M. Flowers |
| Texas Bar No. 24075463 | Ohio Bar No. 0095284 |
| Mitchell Law PLLC | Joseph P. Ashbrook |
| 111 Congress Avenue, Suite 400 | Ohio Bar No. 0091279 |
| Austin, Texas 78701 | Julie E. Byrne |
| (512) 686-3940 (phone) | Ohio Bar No. 0085174 |
| (512) 686-3941 (fax) | Ashbrook Byrne Kresge LLC |
| jonathan@mitchell.law | Post Office Box 8248 |
| | Cincinnati, Ohio 45249 |
| Gene P. Hamilton* | (513) 582-7424 (phone) |
| Virginia Bar No. 80434 | (513) 216-9882 (fax) |
| Vice-President and General Counsel | jpashbrook@ashbrookbk.com |
| Nicholas R. Barry* | jebyrne@ashbrookbk.com |
| Senior Litigation Counsel | bflowers@ashbrookbk.com |
| America First Legal Foundation | |
| 611 Pennsylvania Avenue SE #231 | |
| Washington, DC 20003 | |
| (202) 964-3721 | |
| gene.hamilton@aflegal.org | |
| nicholas.barry@aflegal.org | |
| | *Counsel for Plaintiffs and* |
| *admitted *pro hac vice* | *the Proposed Class* |

## CERTIFICATE OF COMPLIANCE

  I certify that this combined motion and memorandum in support complies with the track and page-number limitations required by Local Rule 7.1(f) for cases that have not yet been assigned to a track.

                 /s/ Benjamin M. Flowers
                 BENJAMIN M. FLOWERS
                 *Counsel for Plaintiffs and*
                 *the Proposed Class*

## CERTIFICATE OF SERVICE

    I certify that, on February 27, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic-filing system. Parties may access this filing through the Court's system.

                                      /s/ Benjamin M. Flowers
                                      BENJAMIN M. FLOWERS
                                      *Counsel for Plaintiffs and*
                                      *the Proposed Class*