IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Nathan Roberts** and **Freedom Truck Dispatch LLC**, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>**Progressive Preferred Insurance Company**; **Progressive Casualty Insurance Company**; **Circular Board Inc.**,<br><br>                    Defendants. | Case No. 1:23-cv-01597<br><br>Judge Patricia A. Gaughan<br>Magistrate Judge James E. Grimes, Jr. |

## PROPOSED ORDER

The plaintiffs' Unopposed Motion for Leave to File a Consolidated, 30-page Response to the Defendants' Motions to Dismiss is granted.

Signed on _____, 2024

_____

UNITED STATES DISTRICT JUDGE