FILED

FEB 29 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

NATHAN ROBERTS, ET AL. and )
FREEDOM TRUCK DISPATCH LLC, on )
behalf of themselves and all others similarly )
situated, )
)
                                                    )     Case No. 1:23-cv-01597-PAG
                 Plaintiffs, )
)
v. )
)
PROGRESSIVE PREFERRED )
INSURANCE COMPANY, et al., )
)
                 Defendants. )

### MOTION FOR ADMISSION *PRO HAC VICE* OF AMY PAULI
### AS COUNSEL FOR AMICI CURIAE

Pursuant to Local Civil Rule 83.5(h), I, Amy Pauli, hereby move for the admission *pro hac* vice in this case as counsel for Amici Curiae, the Lawyers' Committee for Civil Rights. I am an attorney at Crowell & Moring, LLC, 1601 Wewatta Street, Suite 815, Denver, Colorado 80202, and a member in good standing of the Supreme Court of Colorado (Bar No. 51763) and the State Bar of Wyoming (Bar No. 7-6491). My Declaration is being filed concurrently herewith.

DATED: February 27, 2024

Respectfully submitted,

By: _____
Amy Pauli, CO Bar #51763
Crowell & Moring LLP
1601 Wewatta Street, Suite 815
Denver, CO 80202
Tel: (303) 524-8618
Fax: (303) 524-8650
Email: apauli@crowell.com

$120.00 Paid 2/29/24 Receipt #150481 AP

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of February, 2024, a copy of the foregoing Motion for Admission *Pro Hac Vice* of Amy Pauli was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By /s/ Amy Pauli
Amy Pauli, CO Bar #51763
Crowell & Moring LLP
1601 Wewatta Street, Suite 815
Denver, CO 80202
Tel: (303) 524-8618
Fax: (303) 524-8650
Email: apauli@crowell.com