## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| NATHAN ROBERTS and FREEDOM TRUCK DISPATCH LLC, on behalf of Themselves and all others similarly situated, )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PROGRESSIVE PREFERRED INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; CIRCULAR BOARD LLC, )<br>)<br>)<br>)<br>Defendants. )<br>) | C.A. No. 1:23-cv-01597<br><br>JUDGE PATRICIA A GAUGHAN<br>Magistrate Judge James E. Grimes, Jr. |

## DECLARATION OF AMY PAULI

Pursuant to Local Civil Rule 83.5(h), I hereby submit this declaration in support of my motion for leave to appear and practice in this case *pro hac* vice as counsel for Amici Curiae, the Lawyers' Committee for Civil Rights Under Law.

1. My full name is Amy Pauli.

2. My office is located at 1601 Wewatta Street, Suite 815, Denver, Colorado 80202, and my office number is (303) 524-8618.

3. I certify that I am currently an active member in good standing for the Supreme Court of Colorado (Bar No. 51763) and the State Bar of Wyoming (Bar No. 7-6491). Certificates of Good Standing for both are attached hereto.

4. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted to appear *pro hac* vice before this Court in a preceding in the last two years.

6. I am not a member of the Ohio Bar and I do not have an application for membership pending.

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true.

Date: February 27, 2024

Respectfully submitted,

Amy Pauli, CO Bar #51763
Crowell & Moring LLP
1601 Wewatta Street, Suite 815
Denver, CO 80202
Tel: (303) 524-8618
Fax: (303) 524-8650
Email: apauli@crowell.com

*Attorney for Amici Curiae the Lawyers' Committee for Civil Rights Under Law*