

**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__**Amy M. Pauli**__

has been duly licensed and admitted to practice as an

*ATTORNEY AND COUNSELOR AT LAW*

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the __18th__

day of __January__ A.D. __2018__ and that at the date

hereof the said __**Amy M. Pauli**__ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __23rd__ day of __February__ A.D. __2024__

*Cheryl Stevens*
                      Clerk

By _____
                      Deputy Clerk