

Mailing Address:
PO Box 109
Cheyenne, WY 82003

Physical Address:
4124 Laramie Street
Cheyenne, WY 82001

307.632.9061
wyomingbar.org

February 16, 2024

**Attorney: Ms. Amy Marie Pauli**

**Ms. Amy Marie Pauli** was admitted to practice by UBE Transfer in Wyoming on October 5, 2020, and is enrolled as attorney number 7-6491.

**Status: Active**

An attorney's status is defined by the Bylaws of the Wyoming State Bar. "Active" means the attorney is eligible to appear as an attorney in all Wyoming state courts and to otherwise engage in the practice of law. "Honorable" means the attorney serves as a judge. "Inactive" means the attorney has voluntarily chosen inactive status and is not currently eligible to appear as an attorney in any Wyoming court or to otherwise engage in the practice of law in Wyoming. "Disability Inactive" means the attorney is unable to practice law because of a physical, mental or emotional infirmity or illness. "Retired" or "Honorable Retired" mean the attorney or judge has voluntarily elected retired status and is no longer eligible to appear as an attorney in any Wyoming court or to engage in the practice of law. "Emeritus" means the attorney has elected to perform only pro bono legal services but not to otherwise engage in the practice of law. "Suspended" means the attorney has been suspended from the practice of law, either for nonpayment of annual license fees, noncompliance with mandatory continuing legal education requirements, or as a disciplinary sanction.

**Standing: Good Standing**

"Good Standing" means that the attorney's license fees are current, mandatory continuing legal education, if required, is current, and the attorney's right to practice is not currently suspended.

**Discipline**

Requests for a disciplinary history must be submitted to the Office of Bar Counsel.

I hereby certify that the preceding information is correct.

*Sharon Wilkinson*
Sharon Wilkinson
Executive Director