UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NATHAN ROBERTS, ET AL. and FREEDOM TRUCK DISPATCH LLC, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>PROGRESSIVE PREFERRED INSURANCE COMPANY, et al.,<br><br>　　　　　　　　Defendants. | Case No. 1:23-cv-01597-PAG |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

Amy Pauli's motion for admission *pro hac vice* is granted.


SIGNED on _____, 2024


_____
United States District Court Judge