FedEx Express

SHIP DATE: 27FEB24
ACTWGT: 0.50 LB
CAD: 256231126/WSXI3600

BILL SENDER

ORIGIN ID:FOLA (303) 524-8660
BARB WERNER
CROWELL & MORING LLP
1601 WEWATTA STREET, SUITE 815

DENVER, CO 80202
UNITED STATES US

TO **CLERK OF THE COURT**
**U.S. DISTRICT COURT, ND OF OHIO**
**801 W SUPERIOR AVE**

**CLEVELAND OH 44113**
(216) 357-7000

REF: 093401.0004677.007654

REL# 3785346

WED - 28 FEB 10:30A
PRIORITY OVERNIGHT

44113
OH-US CLE

TRK# 2714 7329 5099

XN BKLA