IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

MAR 11 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| NATHAN ROBERTS and FREEDOM TRUCK DISPATCH LLC, on behalf of Themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE PREFERRED INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; CIRCULAR BOARD LLC,<br><br>Defendants. | C.A. No. 1:23-cv-01597<br><br>JUDGE PATRICIA A GAUGHAN<br>Magistrate Judge James E. Grimes, Jr. |

## MOTION FOR ADMISSION *PRO HAC* VICE OF KEITH J. HARRISON AS COUNSEL FOR AMICI CURIAE

Pursuant to Local Civil Rule 83.5(h), I, Keith J. Harrison, hereby move for the admission *pro hac* vice in this case as counsel for Amici Curiae, the Lawyers' Committee for Civil Rights. I am an attorney at Crowell & Moring LLP, located at 1001 Pennsylvania Avenue, NW, Washington, DC 20004, and a member in good standing of the District of Columbia state bar (DC Bar No. 416755). My Declaration and my Certificate of Good Standing from the District of Columbia state bar are being filed concurrently herewith.

Date: February 26, 2024

Respectfully submitted,

/s/ Keith J. Harrison

Keith J. Harrison (DC Bar No. 416755)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
Email: kharrison@crowell.com

*Attorney for Amici Curiae the Lawyers' Committee for Civil Rights Under Law*

Receipt #150694  $120.00  3/11/2024  Cm++

## CERTIFICATE OF SERVICE

I certify that, on February 26, 2024, I electronically transmitted the attached MOTION FOR THE ADMISSION *PRO HAC* VICE OF KEITH J. HARRISON AS COUNSEL FOR AMICI CURIAE, the accompanying declaration, and proposed order using the CM/ECF system. Notice of Electronic Filing will be sent to all CM/ECF registrants for this matter.

_____
Keith J. Harrison (DC Bar No. 416755)