IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NATHAN ROBERTS and FREEDOM TRUCK DISPATCH LLC, on behalf of Themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PROGRESSIVE PREFERRED INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; CIRCULAR BOARD LLC, <br><br> Defendants. | ) ) ) ) C.A. No. 1:23-cv-01597 ) ) JUDGE PATRICIA A GAUGHAN ) Magistrate Judge James E. Grimes, Jr. ) ) ) ) ) ) ) ) ) |

## DECLARATION OF KEITH J. HARRISON

Pursuant to Local Civil Rule 83.5(h), I hereby submit this declaration in support of my motion admission to appear and practice in this case *pro hac* vice as counsel for Amici Curiae, the Lawyers' Committee for Civil Rights Under Law.

1. My full name is Keith J. Harrison.

2. My office is located at 1001 Pennsylvania Avenue, NW, Washington, DC 20004 and my office number is (202) 624-2500.

3. I certify that I am currently an active member in good standing of the bar of the District of Columbia (DC Bar No. 416755) and am admitted to practice before the United States District Court for the District of Columbia, the United States District Court for the Eastern District of Michigan, the United States District Court of Maryland, the United States Court of Appeals for the District of Columbia, the United States Court of Appeals for the Federal Circuit, the United States Court of

Appeals for the Fifth Circuit, the United States Court of Appeals for the Sixth Circuit and the United States Court of Appeal for the Eleventh Circuit.

4. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted to appear *pro hac* vice before this Court in a preceding in the last two years.

6. I am not a member of the Ohio Bar and I do not have an application for membership pending.

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true.

Date: February 26, 2024

Respectfully submitted,

_____
Keith J. Harrison (DC Bar No. 416755)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
Email: kharrison@crowell.com

*Attorney for Amici Curiae the Lawyers' Committee for Civil Rights Under Law*