IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NATHAN ROBERTS and FREEDOM TRUCK DISPATCH LLC, on behalf of Themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE PREFERRED INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; CIRCULAR BOARD LLC,<br><br>Defendants. | C.A. No. 1:23-cv-01597<br><br>JUDGE PATRICIA A GAUGHAN<br>Magistrate Judge James E. Grimes, Jr. |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC* VICE OF KEITH J. HARRISON FOR AMICI CURIAE**

Upon consideration for the MOTION FOR ADMISSION *PRO HAC* VICE OF KEITH J. HARRISON AS COUNSEL FOR AMICI CURIAE, it is ORDERED that the motion is GRANTED.

Ordered this ____ day of _____, 2024.

                                                                        _____
                                                                        PATRICIA A. GAUGHAN
                                                                        United States District Court Judge
                                                                        JAMES E. GRIMES, JR.
                                                                        United States Magistrate Judge