# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Nathan Roberts** and **Freedom Truck Dispatch LLC**, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**Progressive Preferred Insurance Company**; **Progressive Casualty Insurance Company**; **Circular Board Inc.**,

Defendants.

Case No. 1:23-cv-01597

Second Declaration of Nathan Roberts

I, Nathan Roberts, declare:

1. My name is Nathan Roberts. I am over the age of 21 and fully competent to make this declaration.

2. I have personal knowledge of all of the facts stated in this declaration.

3. After receiving an email regarding the "Driving Small Business Forward" grant program, I opened the application and began filling it out.

4. After seeing that the grants were available only to black-owned businesses, I closed the application without completing it.

I declare under the penalty of perjury that the foregoing is true and correct.

3-21-24

Date

Nathan Roberts