UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NATHAN ROBERTS, et al., | : |
|     *Plaintiffs*, | : |
| v. | :    No. 1:23-cv-01597 |
| | :    Hon. Patricia A. Gaughan |
| PROGRESSIVE PREFERRED | :    Mag. Judge James E. Grimes, Jr. |
| INSURANCE COMPANY, et al., | : |
|     *Defendants*. | : |

## NOTICE OF APPEARANCE

Please take notice that Robert J. Gargasz hereby enters his appearance as counsel for proposed *amicus curiae*, the Equal Protection Project of the Legal Insurrection Foundation. A copy of all notices, filings, and correspondence should be directed to the undersigned.

Date: March 28, 2024

Respectfully submitted,

/s/ Robert J. Gargasz
Robert J. Gargasz
Gargasz Co. L.P.A.
1670 Cooper Foster Park Rd
Lorain, OH 44053
Telephone: (440)960-1670
rjgargasz@gmail.com
(SC# 0007136)

## CERTIFICATE OF SERVICE

I certify that, on March 28, 2024, a copy of this Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Robert J. Gargasz*
Robert J. Gargasz
Gargasz Co. L.P.A.
1670 Cooper Foster Park Rd
Lorain, OH 44053
Telephone: (440)960-1670
rjgargasz@gmail.com
(0007136)