UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

NATHAN ROBERTS, et al., :
:
        *Plaintiffs*, :
: No. 1:23-cv-01597
v. : Hon. Patricia A. Gaughan
: Mag. Judge James E. Grimes, Jr.
PROGRESSIVE PREFERRED :
INSURANCE COMPANY, et al., :
:
        *Defendants.* :

## MOTION FOR THE ADMISSION *PRO HAC VICE* OF WILLIAM A. JACOBSON

Pursuant to Local Civil Rule 83.5(h), The Equal Protection Project of the Legal Insurrection Foundation by and through one of their attorneys, Robert J. Gargasz, a member of good standing of the bar of this court, respectfully moves this Court for an Order admitting William A. Jacobson *pro hac vice* as counsel on behalf of *amicus curiae* The Equal Protection Project of the Legal Insurrection Foundation in the above-captioned matter. Mr. Jacobson's contact information is as follows:

    William A. Jacobson
    The Equal Protection Project of the Legal Insurrection Foundation
    18 Maple Avenue 280
    Barrington, RI 02806
    Telephone: (401)246-4192
    contact@legalinsurrection.com

Mr. Jacobson is an attorney in good standing for the New York state bar, having been admitted on January 30, 1985. His State of New York bar number is 1971225. He has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States. He has never received a reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar. A Certificate of

Good Standing is filed herewith. The undersigned is tendering the required $120.00 filing fee with this Motion.

WHEREFORE, The Equal Protection Project of the Legal Insurrection Foundation respectfully requests that this Court grant attorney William A. Jacobson limited admission to appear in this Court, in this particular proceeding.

Date: March 28, 2024	Respectfully submitted,

/s/ Robert J. Gargasz
Robert J. Gargasz
Gargasz Co. L.P.A.
1670 Cooper Foster Park Rd
Lorain, OH 44053
Telephone: (440)960-1670
rjgargasz@gmail.com
(SC# 0007136)

## CERTIFICATE OF SERVICE

I certify that, on March 28, 2024, I electronically transmitted the attached MOTION FOR THE ADMISSION *PRO HAC VICE* OF WILLIAM A. JACOBSON and its accompanying Certificate of Good Standing using the CM/ECF system. Notice of Electronic Filing will be sent to all CM/ECF registrants for this matter.

*/s/ Robert J. Gargasz*
Robert J. Gargasz
Gargasz Co. L.P.A.
1670 Cooper Foster Park Rd
Lorain, OH 44053
Telephone: (440)960-1670
rjgargasz@gmail.com
(SC# 0007136)



## Appellate Division of the Supreme Court of the State of New York
### Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### William A. Jacobson

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 30, 1985**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on March 25, 2024.

*Robert D. Mayberger*
Clerk of the Court

CertID-00166670



**State of New York**
**Supreme Court, Appellate Division**
**Third Judicial Department**
**Admissions Office**
**P.O. Box 7350, Capitol Station**
**Albany, NY 12224-0350**

Robert D. Mayberger
Clerk of the Court

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

Anthony A. Moore
Director of Attorney
Admissions

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court