UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

NATHAN ROBERTS, et al.,

        *Plaintiffs*,

v.

PROGRESSIVE PREFERRED
INSURANCE COMPANY, et al.,

        *Defendants*.

No. 1:23-cv-01597
Hon. Patricia A. Gaughan
Mag. Judge James E. Grimes, Jr.

## MOTION FOR THE ADMISSION *PRO HAC VICE* OF JAMES R. NAULT

Pursuant to Local Civil Rule 83.5(h), The Equal Protection Project of the Legal Insurrection Foundation by and through one of their attorneys, Robert J. Gargasz, a member of good standing of the bar of this court, respectfully moves this Court for an Order admitting James R. Nault *pro hac vice* as counsel on behalf of *amicus curiae* The Equal Protection Project of the Legal Insurrection Foundation in the above-captioned matter. Mr. Nault's contact information is as follows:

    James R. Nault
    The Equal Protection Project of the Legal Insurrection Foundation
    18 Maple Avenue 280
    Barrington, RI 02806
    Telephone: (401)246-4192
    jnault@legalinsurrection.com

Mr. Nault is an attorney in good standing of the New York state bar, having been admitted on April 9, 2012. His State of New York bar number is 5005905. He has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States. He has never received a reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar. A Certificate of Good

Standing is filed herewith. The undersigned is tendering the required $120.00 filing fee with this Motion.

WHEREFORE, The Equal Protection Project of the Legal Insurrection Foundation respectfully requests that this Court grant attorney James R. Nault limited admission to appear in this Court, in this particular proceeding.

Date: March 28, 2024                          Respectfully submitted,

*/s/ Robert J. Gargasz*
Robert J. Gargasz
Gargasz Co. L.P.A.
1670 Cooper Foster Park Rd
Lorain, OH 44053
Telephone: (440)960-1670
rjgargasz@gmail.com
(SC# 0007136)

## CERTIFICATE OF SERVICE

I certify that, on March 28, 2024, I electronically transmitted the attached MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF JAMES R. NAULT and its accompanying Certificate of Good Standing using the CM/ECF system. Notice of Electronic Filing will be sent to all CM/ECF registrants for this matter.

*/s/ Robert J. Gargasz*
Robert J. Gargasz
Gargasz Co. L.P.A.
1670 Cooper Foster Park Rd
Lorain, OH 44053
Telephone: (440)960-1670
rjgargasz@gmail.com
(SC# 0007136)



## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

### James Robert Nault

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 9, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on March 19, 2024.

*Susanna M. Rojas*
Clerk of the Court

CertID-00165819



# Supreme Court of the State of New York
## Appellate Division, First Department

DIANNE T. RENWICK  
PRESIDING JUSTICE

MARGARET SOWAH  
DEPUTY CLERK OF THE COURT

SUSANNA MOLINA ROJAS  
CLERK OF THE COURT

DOUGLAS C. SULLIVAN  
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Susanna M. Rojas*  
Susanna Rojas  
Clerk of the Court

Revised October 2020