UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISON

| | | |
|---|---|---|
| Nathan Roberts, et al., | ) | CASE NO. 1:23 CV 1597 |
| | ) | |
| Plaintiffs, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| Progressive Preferred Insurance Co., et al., | ) | |
| | ) | **Judgment Entry** |
| | ) | |
| Defendants. | ) | |

    This Court, having issued its Memorandum of Opinion and Order granting Defendants Progressive Preferred Insurance Company and Progressive Casualty Insurance Company's Motion to Dismiss (Doc. 34) and Defendant Circular Board Inc.'s Motion to Dismiss Plaintiffs' First Amended Class-Action Complaint, or to Stay and Compel Arbitration Under the Federal Arbitration Act, or to Transfer Venue Under 28 U.S.C. § 1404(A) (Doc. 35), hereby enters judgment in favor of all defendants. This case is hereby dismissed.

    IT IS SO ORDERED.

    /s/ Patricia A. Gaughan
    PATRICIA A. GAUGHAN
    United States District Judge

Dated:  5/21/24