# United States District Court for the Northern District of Ohio

Nathan Roberts and Freedom Truck Dispatch LLC, on behalf of themselves and all others similarly situated

**Plaintiff,**

vs.

CASE NO. 1:23-cv-01597

Judge Patricia A. Gaughan

Progressive Preferred Insurance Company; Progressive Casualty Insurance Company; Circular Board Inc.,

**Defendant.**

## NOTICE OF APPEAL

Notice is hereby given that Nathan Roberts and Freedom Truck Dispatch LLC, on behalf of themselves and all others similarly situated,

(here name all parties taking the appeal)

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

the District Court's final decision, judgment, and order dismissing the case, entered on May 21, 2024 (Dkts 51 & 52)

(the final judgment) (from an order (describing it))

entered in this action on the 21st day of May, 2024.

(s) Benjamin M. Flowers

Address: Post Office Box 8248
Cincinnati, Ohio 45249

Phone #: (513) 582-7424

Attorney for Plaintiffs and the Proposed Class