Case No. 24-3454

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

NATHAN ROBERTS and FREEDOM TRUCK DISPATCH, LLC, on behalf of themselves and all others similarly situated

      Plaintiffs - Appellants

v.

PROGRESSIVE PREFERRED INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; CIRCULAR BOARD INC., originally named as Circular Board, LLC

      Defendants - Appellees

Upon consideration of the motion of Gene Hamilton to withdraw as counsel for the appellants,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

                              **ENTERED PURSUANT TO RULE 45(a),**
                              **RULES OF THE SIXTH CIRCUIT**
                              Kelly L. Stephens, Clerk

Issued:  January 22, 2025